**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:23-cv-02057-REB**

TODD RUELLE, an individual;
SUMMIT COUNTY RESORT HOMES INC., a Colorado nonprofit corporation,

    Plaintiffs,

v.

SUMMIT COUNTY BOARD OF COUNTY COMMISSIONERS,
ELISABETH LAWRENCE, in her Official Capacity as a Commissioner,
TAMARA POGUE, in her Official Capacity as a Commissioner,
JOSHUA BLANCHARD, in his Official Capacity as a Commissioner,

    Defendants.

## ENTRY OF APPEARANCE

    To:    The Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs Todd Ruelle and Summit County Resort Homes Inc. ("Plaintiffs").

    DATED this 15th day of August, 2023.

                                             *s/Rosa L. Baum*
                                             Rosa L. Baum, Bar No. 56652
                                             BROWNSTEIN HYATT FARBER SCHRECK, LLP
                                             675 15th Street, Suite 2900
                                             Denver, CO 80202
                                             Telephone: (303) 223-1100
                                             Email: rbaum@bhfs.com

                                             *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of August, 2023, I electronically filed a true and correct copy of the foregoing **ENTRY OF APPEARANCE** with the clerk of the court using the CM/ECF system which will send notification of such filing to the following counsel:

      *s/Paulette M. Chesson*
Paulette M. Chesson, Paralegal
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO 80202
303-223-1100

25951003