# UNITED STATES DISTRICT COURT

for the
District of Colorado
901 19th Street, Denver, CO 80294

**Todd Ruelle, an individual; Summit County Resort Homes Inc, a Colorado nonprofit corporation**

*Plaintiff*

v.

**Elisabeth Lawrence, in her Official Capacity as County Commissioner; Tamara Pogue, in her Official Capacity as County Commissioner; Joshua Blanchard, in his Official Capacity as County Commissioner; Summit County Board of County Commissioners**

*Defendant*

)
)
)
)
)
)
)
)
)

Civil Action No. 1:23-cv-02057-SBP

## AFFIDAVIT OF SERVICE

I, Gregory Olinger, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Tamara Pogue, in her Official Capacity as a Commissioner in Summit County, CO on August 16, 2023 at 1:40 pm at 208 Lincoln Ave, Breckenridge, CO 80424 at the direction of the County Attorney, by leaving the following documents with Taryn Power who as Clerk and Recorder of Summit County is authorized by appointment or by law to receive service of process for Tamara Pogue, in her Official Capacity as a Commissioner.

Complaint for Declaratory and Injunctive Relief
Exhibit 1 to Complaint
Exhibit 3 to Complaint
Exhibit 2 to Complaint
Civil Cover Sheet
Magistrate Consent Form
Summons to Tamara Pogue

Female, est. age 35, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.4821756,-106.0444391
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in

__Jefferson County__,

__CO__ on __8/21/2023__.

/s/ *Gregory Olinger*

Signature
Gregory Olinger
+1 (720) 435-1682

# Exhibit 1

Exhibit 1a)

