IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02057-SBP

TODD RUELLE, an individual; SUMMIT COUNTY RESORT
HOMES INC., a Colorado nonprofit corporation;

    Plaintiff(s),

v.

SUMMIT COUNTY BOARD OF COUNTY
COMMISSIONERS; ELISABETH LAWRENCE, in her Official
Capacity as a Commissioner;
TAMARA POGUE, in her Official Capacity as a
Commissioner; and JOSHUA BLANCHARD, in
his Official Capacity as a Commissioner,

    Defendant(s).

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

---

Summit County Board of County Commissioners (the "BOCC"), Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard (collectively "Defendants"), by and through undersigned counsel, Josh A. Marks of Berg Hill Greenleaf Ruscitti LLP, and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully request a three-week extension of time, up to and including September 27, 2023, to answer or otherwise respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief ("Complaint") (ECF No. 1) and state as follows:[1]

---

[1] **Certificate of Conferral:** Pursuant to D.C.Colo.LCivR 7.1(a), counsel for Defendants has conferred with counsel for Plaintiffs who indicated that Plaintiffs do not oppose the relief requested herein.

1. Defendants were served on August 16, 2023, requiring them to answer or otherwise respond to the Complaint by September 6, 2023. *See* ECF Nos. 9, 10, 11, and 12.

2. The undersigned counsel was only recently retained by the Defendants.

3. The Complaint asserts nine causes of action against Defendants attacking various aspects of the BOCC's short-term rental regulation program. The undersigned believes that the legislative history and record concerning the enactment of the challenged portions of the regulations appears to be extensive. The undersigned requires additional time to review and secure background information in order to adequately respond to the Complaint.

4. Based on the above, an additional three-week extension of time is, respectfully, needed. This extension would make an answer or other response to Plaintiffs' Complaint due on September 27, 2023.

5. Defendants have not previously requested this Court grant an extension of time in which to file an Answer or otherwise respond.

6. The relief requested in this Motion is unopposed and, thus, will not prejudice the Court or any Party.

7. Pursuant to D.C.Colo.LCivR 6.1(c), a copy of this Motion has been served upon Defendants and counsel of record.

WHEREFORE, Defendants Summit County Board of County Commissioners, Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard respectfully request that the Court grant this Unopposed Motion for Extension of Time, up to and including September 27, 2023, in which to file an Answer or otherwise respond.

Respectfully submitted this 6th day of September, 2023.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Josh A. Marks*

_____
Josh A. Marks
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com

*Attorney for Defendants*
*Summit County Board of County Commissioners,*
*Elisabeth Lawrence, Tamara Pogue, and*
*Joshua Blanchard*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of September, 2023, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

    Matthew C. Arentsen
    Rosa L. Baum
    Wayne F. Forman
    Justin L. Cohen
    Brownstein Hyatt Farber Schreck, LLP
    675 15th Street, Suite 2900
    Denver, CO  80202
    marentsen@bhfs.com
    rbaum@bhfs.com
    wforman@bhfs.com
    jcohen@bhfs.com

                                        *s/ Cheryl Stasiak*
                                        Cheryl Stasiak