IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02057-SBP

TODD RUELLE, an individual; SUMMIT COUNTY RESORT
HOMES INC., a Colorado nonprofit corporation;

      Plaintiff(s),

v.

SUMMIT COUNTY BOARD OF COUNTY
COMMISSIONERS; ELISABETH LAWRENCE, in her Official
Capacity as a Commissioner;
TAMARA POGUE, in her Official Capacity as a
Commissioner; and JOSHUA BLANCHARD, in
his Official Capacity as a Commissioner,

      Defendant(s).

---

## ENTRY OF APPEARANCE

---

Geoffrey C. Klingsporn of the law firm of Berg Hill Greenleaf Ruscitti LLP hereby enters his appearance as counsel for the Defendants Summit County Board of County Commissioners, Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard in the above-captioned matter.

Respectfully submitted this 7th day of September, 2023.

                                            BERG HILL GREENLEAF RUSCITTI LLP

                                            *s/ Geoffrey C. Klingsporn*
                                            _____
                                            Josh A. Marks
                                            Geoffrey C. Klingsporn
                                            1712 Pearl Street
                                            Boulder, CO  80302
                                            Phone:  (303) 402-1600
                                            Fax:  (303) 402-1601
                                            Email:  jam@bhgrlaw.com
                                                        geoff.klingsporn@bhgrlaw.com

                                            *Attorneys for Defendants*
                                            *Summit County Board of County Commissioners,*
                                            *Elisabeth Lawrence, Tamara Pogue, and*
                                            *Joshua Blanchard*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Matthew C. Arentsen
Rosa L. Baum
Wayne F. Forman
Justin L. Cohen
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO  80202
marentsen@bhfs.com
rbaum@bhfs.com
wforman@bhfs.com
jcohen@bhfs.com

*s/ Cheryl Stasiak*

Cheryl Stasiak