# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:23-cv-02057-GBG-SBP**

TODD RUELLE, an individual;
SUMMIT COUNTY RESORT HOMES INC., a Colorado nonprofit corporation,

      Plaintiffs,

v.

SUMMIT COUNTY BOARD OF COUNTY COMMISSIONERS,
ELISABETH LAWRENCE, in her Official Capacity as a Commissioner,
TAMARA POGUE, in her Official Capacity as a Commissioner,
JOSHUA BLANCHARD, in his Official Capacity as a Commissioner,

      Defendants.

---

## CORPORATE DISCLOSURE STATEMENT

---

      Pursuant to Fed. R. Civ. P. 7.1, Summit County Resort Homes Inc., a Colorado nonprofit corporation ("Plaintiff"), through undersigned counsel, represents that Plaintiff does not have a parent company and no publicly held corporation owns 10% or more of its stock.

      DATED this 13th day of September, 2023.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*s/Matthew C. Arentsen*
Matthew C. Arentsen, Bar No. 45021
Justin L. Cohen, Bar No. 44811
Wayne F. Forman, Bar No. 14082
Rosa L. Baum, Bar no. 56652
675 15th Street, Suite 2900
Denver, CO 80202
Telephone: (303) 223-1100
Email: marentsen@bhfs.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of September, 2023, I electronically filed a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** with the clerk of the court using the CM/ECF system which will send notification of such filing to the following counsel:

Josh Marks                                    jam@bhgrlaw.com

Geoffrey Kingsporn                    Geoff.klingsporn@bhgrlaw.com

<u>*s/Paulette M. Chesson*</u>
Paulette M. Chesson, Paralegal
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO 80202
303-223-1100

25992091