IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02057-SBP

TODD RUELLE, an individual; SUMMIT COUNTY RESORT
HOMES INC., a Colorado non profit corporation;

    Plaintiff(s),

v.

SUMMIT COUNTY BOARD OF COUNTY
COMMISSIONERS; ELISABETH LAWRENCE, in her Official
Capacity as a Commissioner;
TAMARA POGUE, in her Official Capacity as a
Commissioner; and JOSHUA BLANCHARD, in
his Official Capacity as a Commissioner,

    Defendant(s).

## ENTRY OF APPEARANCE

    Keely A. Ambrose, Deputy County Attorney, Office of the Summit County Attorney, hereby enters her appearance as counsel for the Defendants Summit County Board of County Commissioners, Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard in the above-captioned matter.

Respectfully submitted this 10th day of October, 2023.

<u>/s/ Keely A. Ambrose</u>
Keely A. Ambrose, #39322
Deputy County Attorney
Office of the Summit County Attorney
P.O. Box 68
Breckenridge, Colorado 80424
(970) 453 2561

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of October, 2023 I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

    Matthew C. Arentsen
    Rosa L. Baum
    Wayne F. Forman
    Justin L. Cohen
    Brownstein Hyatt Farber Schreck, LLP
    675 15th Street, Suite 2900
    Denver, CO 80202
    marentsen@bhfs.com
    rbaum@bhfs.com
    wforman@bhfs.com
    jcohen@bhfs.com

    Josh A. Marks
    Geoffrey C. Klingsporn
    Berg Hill Greenleaf Ruscitti LLP
    1712 Pearl Street
    Boulder, CO 80302
    jam@bhgrlaw.com
    geoff.klingsporn@bhgrlaw.com

                                                *s/ Millicent Marter*
                                                 Millicent Marter