## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:23-cv-02057-GBG-SBP**

TODD RUELLE, an individual;
SUMMIT COUNTY RESORT HOMES INC., a Colorado nonprofit corporation,

    Plaintiffs,

v.

SUMMIT COUNTY BOARD OF COUNTY COMMISSIONERS,
ELISABETH LAWRENCE, in her Official Capacity as a Commissioner,
TAMARA POGUE, in her Official Capacity as a Commissioner,
JOSHUA BLANCHARD, in his Official Capacity as a Commissioner,

    Defendants.

## ORDER GRANTING JOINT MOTION TO STAY ALL DISCOVERY AND VACATE SCHEDULING CONFERENCE PENDING RESOLUTION OF MOTION TO DISMISS

This matter is before the Court on the parties' Joint Motion to Stay All Discovery and Vacate Scheduling Conference Pending Resolution of Motion to Dismiss [ECF 22], ("Motion"). The parties ask the Court to stay all discovery pending resolution of Defendants' Motion to Dismiss [ECF 021] and to vacate the currently set Scheduling Conference [ECF 013] and related deadlines. The Court, having reviewed and considered the Motion, hereby GRANTS the Motion.

IT IS ORDERED that the Telephonic Scheduling Conference, currently set for October 19, 2023, at 1:30 p.m., is VACATED, to be reset after the resolution of the Motion to Dismiss [ECF 021].

IT IS FURTHER ORDERED that the October 12, 2023 deadline for the parties to file a proposed scheduling order is also VACATED.

IT IS FURTHER ORDERED that the November 2, 2023 deadline for the parties to file a proposed Order under Fed. R. Evid. 502(d) is also VACATED.

IT IS FURTHER ORDERED that all Discovery is STAYED until after resolution of the Motion to Dismiss [ECF 021].

DATED this _____day of _____, 2023.

BY THE COURT:

_____
United States District Court Judge