IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02057-GBG-SBP

TODD RUELLE, an individual;
SUMMIT COUNTY RESORT HOMES INC., a Colorado nonprofit corporation,

    Plaintiffs,

v.

SUMMIT COUNTY BOARD OF COUNTY COMMISSIONERS,
ELISABETH LAWRENCE, in her Official Capacity as a Commissioner,
TAMARA POGUE, in her Official Capacity as a Commissioner,
JOSHUA BLANCHARD, in his Official Capacity as a Commissioner,

    Defendants.

---

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR AMEND COMPLAINT**

---

Plaintiffs Todd Ruelle and Summit County Resort Homes Inc., by and through counsel, file this Unopposed Motion for Enlargement of Time to File Opposition to Motion to Dismiss or Amend Complaint and in support state as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.Colo.L.Civ.R 7.1A, counsel for Plaintiffs conferred with counsel for Defendants regarding this motion and counsel for Defendants stated Defendants do not oppose the requested relief.

1.    The Complaint [ECF No. 001] was filed on August 14, 2023, and served on the Defendants on August 16, 2023, requiring a response by September 6, 2023.

2. Defendants asked for and were granted an unopposed enlargement of time, up to and including September 27, 2023, to respond to the Complaint. On September 27, 2023, Defendants filed their Motion to Dismiss [ECF 021] the Complaint, seeking to dismiss Plaintiffs' four federal constitutional claims on substantive grounds and seeking to dismiss Plaintiffs' five state law claims for lack of supplemental jurisdiction.

3. Plaintiffs' response to the Motion to Dismiss is currently due October 18, 2023.

4. Alternatively, under Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs could respond to Defendants' Motion to Dismiss by filing a first amended complaint by October 18, 2023.

5. Plaintiffs request a one-week enlargement of time, up to and including October 25, 2023, to file their response to the Motion to Dismiss or amend their Complaint.

6. Good cause exists to grant this motion. Undersigned counsel requires the additional week to complete their conferral with Plaintiffs concerning whether to file an opposition to the Motion to Dismiss or to amend the Complaint based on research of the issues raised in the Motion to Dismiss. Undersigned counsel then requires additional time to complete drafting an opposition to the Motion to Dismiss or amending the Complaint and to confer with their clients on the same.

7. This request is made in good faith and is based on a genuine need for the additional time.

8. The requested extension will not prejudice any party or unreasonably delay the proceeding, as the case is at the initial pleading stage, all discovery has been stayed pending the resolution of Defendants' Motion to Dismiss, and Defendants do not oppose the requested extension.

9. This is the first request made by Plaintiffs for enlargement.

10. Service on the client, pursuant to D.C.COLO.LCivR 6.1(c), is reflected on the certificate of service.

DATED this 13th day of October 2023.

> BROWNSTEIN HYATT FARBER SCHRECK, LLP
>
> *s/Matthew C. Arentsen*
> Matthew C. Arentsen, Bar No. 45021
> Justin L. Cohen, Bar No. 44811
> Wayne F. Forman, Bar No. 14082
> Rosa L. Baum, Bar no. 56652
> 675 15th Street, Suite 2900
> Denver, CO 80202
> Telephone: (303) 223-1100
> Email: marentsen@bhfs.com
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2023 I electronically filed a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR AMEND COMPLAINT** with the clerk of the court using the CM/ECF system which will send notification of such filing to the following counsel:

| | |
|---|---|
| Geoffrey C. Klingsporn | Geoff.klingsporn@bhgrlaw.com |
| Josh Marks | jam@bhgrlaw.com |
| Jeffrey Huntley | Jeffrey.huntley@summitcountyco.gov |
| Keely Ambrose | keely.ambrose@summitcountyco.gov |

*Counsel for Defendants*

Pursuant to D.C.COLO.LCivR 6.1(c), service on the client is as indicated below:

Summit County Resort Homes, Inc.
c/o Todd Ruelle, President
ruellestr@gmail.com

Todd Ruelle
ruellestr@gmail.com

                                                  *s/Paulette M. Chesson*
                                                  Paulette M. Chesson, Paralegal
                                                  Brownstein Hyatt Farber Schreck, LLP
                                                  675 15th Street, Suite 2900
                                                  Denver, CO 80202
                                                  303-223-1100

26154988