IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:23-cv-02057-GBG-SBP**

TODD RUELLE, an individual;
SUMMIT COUNTY RESORT HOMES INC., a Colorado nonprofit corporation,

    Plaintiffs,

v.

SUMMIT COUNTY BOARD OF COUNTY COMMISSIONERS,
ELISABETH LAWRENCE, in her Official Capacity as a Commissioner,
TAMARA POGUE, in her Official Capacity as a Commissioner,
JOSHUA BLANCHARD, in his Official Capacity as a Commissioner,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR AMEND COMPLAINT**

This matter is before the Court on the Unopposed Motion for Enlargement of Time to File Opposition to Motion to Dismiss or Amend Complaint [ECF 25], ("Motion"). The Court, having reviewed and considered the Motion, hereby GRANTS the Motion.

IT IS ORDERED that Plaintiffs shall have up to and including October 25, 2023, to file their opposition to the Motion to Dismiss or to file a first amended complaint in lieu of an opposition.

DATED this _____ day of _____, 2023.

                                                BY THE COURT:

                                                _____
                                                United States District Court Judge