IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02057-SBP

TODD RUELLE, an individual; SUMMIT COUNTY RESORT
HOMES INC., a Colorado non profit corporation;

    Plaintiff(s),

v.

SUMMIT COUNTY BOARD OF COUNTY
COMMISSIONERS; ELISABETH LAWRENCE, in her Official
Capacity as a Commissioner;
TAMARA POGUE, in her Official Capacity as a
Commissioner; and JOSHUA BLANCHARD, in
his Official Capacity as a Commissioner,

    Defendant(s).

## ENTRY OF APPEARANCE

Jeffrey L. Huntley, County Attorney, Office of the Summit County Attorney, hereby enters his appearance as counsel for the Defendants Summit County Board of County Commissioners, Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard in the above-captioned matter.

Respectfully submitted this 26th day of October, 2023.

/s/ Jeffrey L. Huntley
Jeffrey L. Huntley, #12328
County Attorney
Office of the Summit County Attorney
P.O. Box 68
Breckenridge, Colorado 80424
(970) 453 2561

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of October, 2023 I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Matthew C. Arentsen
Rosa L. Baum
Wayne F. Forman
Justin L. Cohen
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO 80202
marentsen@bhfs.com
rbaum@bhfs.com
wforman@bhfs.com
jcohen@bhfs.com

Josh A. Marks
Geoffrey C. Klingsporn
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
jam@bhgrlaw.com
geoff.klingsporn@bhgrlaw.com

            *s/ Millicent Marter*
              Millicent Marter