IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02057-GPG-SBP

TODD RUELLE, an individual; SUMMIT COUNTY RESORT
HOMES INC., a Colorado nonprofit corporation;

    Plaintiff(s),

v.

SUMMIT COUNTY BOARD OF COUNTY
COMMISSIONERS; ELISABETH LAWRENCE, in her Official
Capacity as a Commissioner;
TAMARA POGUE, in her Official Capacity as a
Commissioner; and JOSHUA BLANCHARD, in
his Official Capacity as a Commissioner,

    Defendant(s).

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

---

Summit County Board of County Commissioners (the "BOCC"), Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard (collectively "Defendants"), by and through undersigned counsel, Josh A. Marks of Berg Hill Greenleaf Ruscitti LLP, and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully request a seven (7) day extension of time, up to and including November 15, 2023, to reply in support of their Motion to Dismiss (the "Motion") (ECF No. 21) and state as follows:[1]

---

[1] **Certificate of Conferral:** Pursuant to D.C.Colo.LCivR 7.1(a), counsel for Defendants has conferred with counsel for Plaintiffs who indicated that Plaintiffs do not oppose the relief requested herein.

1. Plaintiffs responded to the Defendants' Motion to Dismiss on October 25, 2023 ("Response") (Doc. 27), resulting in a November 8, 2023 deadline for Defendants to Reply in Support of their Motion to Dismiss.

2. In addition to the usual press of business, undersigned counsel have been traveling on previously scheduled business travel and engaged in expedited discovery and other preparations regarding a temporary restraining order and preliminary injunction hearings in *Colorado Motor Carriers Association v. Town of Vail, et al.*, U.S. District Court Case No. 23-cv-02752-CNS-STV. In order to permit the Defendants sufficient time to consider the arguments made in the Plaintiffs' response and reply to the same, the Defendants respectfully request an additional seven (7) days, up to and including November 15, 2023, within which to file a Reply in Support of their Motion to Dismiss.

3. No party will be prejudiced by the extension of time which the Defendants request and no other deadlines are impacted by this request. Plaintiffs do not object to the requested extension.

4. In accordance with D.C.COLO.LCivR 6.1(c), counsel certify they are sending a copy of this motion to their clients.

5. The Defendants have not previously sought an extension of time to file a Reply in Support of their Motion to Dismiss.

WHEREFORE, Defendants Summit County Board of County Commissioners, Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard respectfully request that the Court grant them until November 15, 2023 to file their Reply in Support of their Motion to Dismiss, and any further relief the Court deems appropriate.

Respectfully submitted this 7th day of November, 2023.

                                BERG HILL GREENLEAF RUSCITTI LLP

                                *s/ Geoffrey C. Klingsporn*
                                _____
                                Josh A. Marks
                                Geoffrey C. Klingsporn
                                1712 Pearl Street
                                Boulder, CO  80302
                                Phone:  (303) 402-1600
                                Fax:  (303) 402-1601
                                Email:  jam@bhgrlaw.com
                                                  geoff.klingsporn@bhgrlaw.com

                                *Attorney for Defendants*
                                *Summit County Board of County Commissioners, Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2023, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

| | |
|---|---|
| Matthew C. Arentsen | Jeffrey Huntley |
| Rosa L. Baum | Keely Ambrose |
| Wayne F. Forman | Summit county Attorney's Office |
| Justin L. Cohen | P.O. Box 68 |
| Brownstein Hyatt Farber Schreck, LLP | Breckenridge, CO  80424 |
| 675 15th Street, Suite 2900 | jeffrey.huntley@summitcountyco.gov |
| Denver, CO  80202 | keely.ambrose@summitcountyco.gov |
| marentsen@bhfs.com | |
| rbaum@bhfs.com | |
| wforman@bhfs.com | |
| jcohen@bhfs.com | |

*s/ Cheryl Stasiak*

_____
Cheryl Stasiak

4