IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02057-GPG-SBP

TODD RUELLE, an individual; SUMMIT COUNTY RESORT
HOMES INC., a Colorado nonprofit corporation;

    Plaintiff(s),

v.

SUMMIT COUNTY BOARD OF COUNTY
COMMISSIONERS; ELISABETH LAWRENCE, in her
Official Capacity as a Commissioner;
TAMARA POGUE, in her Official Capacity as a
Commissioner; and JOSHUA BLANCHARD, in
his Official Capacity as a Commissioner,

    Defendant(s).

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

In this lawsuit, Plaintiffs Todd Ruelle and Summit County Resort Homes, Inc. assert several Constitutional challenges to Summit County's ordinances regulating short-term rental properties. Defendants' motion to dismiss is fully briefed and pending before the Court. [Docs. ## 21, 27, 31.]

After that briefing concluded, Judge Domenico issued a ruling in *Grigsby v. Estes Park, Colorado,* 23-cv-1349-DDD-SBP. There, as here, the plaintiff asserted equal protection, substantive due process, and dormant Commerce Clause challenges to short-term rental regulations. Applying rational-basis review, Judge Domenico dismissed these claims. While not binding on this Court, Judge Domenico's analysis is submitted as persuasive authority. A copy of the order is attached as Exhibit 1.

Respectfully submitted this 28th day of February, 2024.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Geoffrey C. Klingsporn*

Josh A. Marks
Geoffrey C. Klingsporn
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com
       geoff.klingsporn@bhgrlaw.com

*Attorneys for Defendants*
*Summit County Board of County Commissioners,*
*Elisabeth Lawrence, Tamara Pogue, and*
*Joshua Blanchard*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of February, 2024, I electronically filed the foregoing **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

      Matthew C. Arentsen
      Rosa L. Baum
      Wayne F. Forman
      Justin L. Cohen
      Brownstein Hyatt Farber Schreck, LLP
      675 15th Street, Suite 2900
      Denver, CO  80202
      marentsen@bhfs.com
      rbaum@bhfs.com
      wforman@bhfs.com
      jcohen@bhfs.com

                        *s/ Cheryl Stasiak*
                        Cheryl Stasiak