# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02057-GPG-SBP

TODD RUELLE, an individual; SUMMIT COUNTY RESORT HOMES INC., a Colorado nonprofit corporation;

    Plaintiff(s),

v.

SUMMIT COUNTY BOARD OF COUNTY COMMISSIONERS;
ELISABETH LAWRENCE, in her official capacity as a Commissioner;
TAMARA POGUE, in her official capacity as a Commissioner; and
JOSHUA BLANCHARD, in his official capacity as a Commissioner.

    Defendant(s).

## NOTICE OF WITHDRAWAL OF COUNSEL

Summit County Board of County Commissioners (the "BOCC"), Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard (collectively "Defendants"), through counsel, do hereby respectfully submit this Notice of Withdrawal of Counsel.

Keely A. Ambrose, Esq., Deputy County Attorney for Summit County and representing Defendants, has taken a position as in-house counsel for a private company. As such, she can no longer represent Defendants in this case. Defendants will continue to be represented by Josh Marks, Esq. and Geoffrey C. Klingsporn, Esq., of Berg Hill Greenleaf and Ruscitti LLP, as well as by Jeffrey L. Huntley, Esq., County Attorney for Summit County.

In accordance with D.C.COLO.LAttyR 5(b), this Notice of Withdrawal has been signed by Defendants, the County's remaining co-counsel, and served on Plaintiffs.

Respectfully submitted this 26 day March, 2024.

        Defendants Summit County Board of County Commissioners:

        /s/ Tamara Pogue
        Chair, Tamara Pogue

Attorneys for Defendants:

*s/ Keely A. Ambrose*
Keely Ambrose
Summit County Government
PO Box 68
Breckenridge, Colorado 80424

*s/ Jeffrey L. Huntley*
Jeffrey L. Huntley
Summit County Government
PO Box 68
Breckenridge, Colorado 80424


BERG HILL GREENLEAF RUSCITTI LLP

*s/ Josh A. Marks*
Josh A. Marks
1712 Pearl Street
Boulder, CO  80302

*s/ Geoffrey W. Klingsporn*
Geoffrey W. Klingsporn
1712 Pearl Street
Boulder, CO  80302

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2024, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification to the following e-mail addresses.

Matthew C. Arentsen
Rosa L. Baum
Wayne F. Forman
Justin L. Cohen
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO  80202
marentsen@bhfs.com
rbaum@bhfs.com
wforman@bhfs.com
jcohen@bhfs.com

_____
(Signature of person completing service)
Print Name:_____
Address:_____
_____
Telephone Number:_____
Email Address:_____