# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02057-GPG-SBP

TODD RUELLE, an individual; SUMMIT COUNTY RESORT HOMES INC., a Colorado nonprofit corporation;

    Plaintiff(s),

v.

SUMMIT COUNTY BOARD OF COUNTY COMMISSIONERS;
ELISABETH LAWRENCE, in her official capacity as a Commissioner;
TAMARA POGUE, in her official capacity as a Commissioner; and
JOSHUA BLANCHARD, in his official capacity as a Commissioner.

    Defendant(s).

---

## MOTION TO WITHDRAW

---

    Keely A. Ambrose, Deputy County Attorney for the Summit County Board of County Commissioners (the "BOCC"), Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard (collectively "Defendants"), does hereby respectfully submit this Motion to Withdrawal as counsel of record in this case.

    Ms. Ambrose has taken a position as in-house counsel for a private company. As such, she can no longer represent Defendants in this case. Defendants will continue to be represented by Josh Marks, Esq. and Geoffrey C. Klingsporn, Esq., of Berg Hill Greenleaf and Ruscitti LLP, as well as by Jeffrey L. Huntley, Esq., County Attorney for Summit County. As Defendants will continue to be more than adequately represented, and Ms. Ambrose has complied with all outstanding court orders, good cause exists for the granting of this Motion.

    In accordance with D.C.COLO.LAttyR 5(b), this Motion to Withdraw has been served on Defendants, the County's remaining co-counsel, and Plaintiffs.

    Respectfully submitted this 29th day March, 2024.

                                                 *s/ Keely A. Ambrose*
                                                 Keely Ambrose
                                                 Summit County Government
                                                 PO Box 68
                                                 Breckenridge, Colorado 80424

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification to the following e-mail addresses.

Attorneys for Plaintiffs:

Matthew C. Arentsen
Rosa L. Baum
Wayne F. Forman
Justin L. Cohen
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO  80202
marentsen@bhfs.com
rbaum@bhfs.com
wforman@bhfs.com
jcohen@bhfs.com

Attorneys for Defendants:

Jeffrey L. Huntley
Summit County Government
PO Box 68
Breckenridge, Colorado 80424
Jeff.Huntley@summitcountyco.gov

Josh A. Marks
Geoffrey W. Klingsporn
BERG HILL GREENLEAF RUSCITTI LLP
1712 Pearl Street
Boulder, CO  80302

jam@bhgrlaw.com

geoff.klingsporn@bhgrlaw.com


And I completed Personal Service on Defendants at the following location, along with the required Notice:

Board of County Commissioners

208 E. Lincoln Ave.

Breckenridge, CO 80424

/s/ Keely Ambrose
29 Fair Fountain Green, Breckenridge CO 80424
303-746-1107
keelyambrose@gmail.com