# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | April 17, 2024 |
| Courtroom Deputy: | Donald L. Clement |
| Court Reporter: | Darlene Martinez |

Criminal Action No. **1:23-cv-02057-GPG-SBP**     Counsel:

TODD RUELLE,     Rosa L. Baum
SUMMIT COUNTY RESORT HOMES INC.,     Wayne F. Forman
     Matthew Charles Arentsen

     Plaintiff,

v.

SUMMIT COUNTY BOARD OF COUNTY     Geoffrey Charles Klingsporn
COMMISSIONERS,     Josh Adam Marks
ELISABETH LAWRENCE,
  *In her Official Capacity as a Commissioner*
TAMARA POGUE,
  *In her Official Capacity as a Commissioner*
JOSHUA BLANCHARD,
  *In her Official Capacity as a Commissioner*

     Defendant.

## COURTROOM MINUTES

**Motion Hearing**

**8:02 a.m.**     **Court in session.**

Appearances of counsel.

Court has reviewed the following documents prior to the hearing:

Court raises [D. 21] Motion to Dismiss for argument.

**8:04 a.m.** Mr. Klingsporn provides argument in support of the motion on behalf of Defendants.

**8:17 a.m.** Mr. Arentsen provides argument against the motion on behalf of Plaintiffs.

**8:46 a.m.** Mr. Klingsporn responds to Plaintiffs argument.

**ORDERED:** that on or before May 1, 2024, that the parties meet and confer pertaining to dismissing the individual county commissioners in their official capacities from the case and file any necessary motions.

**ORDERED:** takes [D. 21] Motion to Dismiss under advisement.

**8:53 a.m.** **Court is adjourned. Hearing concluded.**

Total time in court: 00:51 Minutes