IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:23-cv-02057-GBG-SBP**

TODD RUELLE;
SUMMIT COUNTY RESORT HOMES INC.,

    Plaintiffs,

v.

SUMMIT COUNTY BOARD OF COUNTY COMMISSIONERS,
ELISABETH LAWRENCE, in her Official Capacity as a Commissioner,
TAMARA POGUE, in her Official Capacity as a Commissioner,
JOSHUA BLANCHARD, in his Official Capacity as a Commissioner,

    Defendants.

**NOTICE OF DISMISSAL OF DEFENDANT COMMISSIONERS
IN THEIR OFFICIAL CAPACITIES**

    Plaintiffs Todd Ruelle and Summit County Resort Homes Inc. (combined "Plaintiffs"), by and through counsel, pursuant to F.R.C.P. 41(a)(1)(A)(i) and the Court's Minute Order issued on April 17, 2024 [D. 41] hereby file this Notice of Dismissal of Defendants Elisabeth Lawrence, Tamara Pogue, and Joshua Blanchard (combined "Defendant Commissioners"). All claims against the Defendant Commissioners are dismissed without prejudice in this action, with each party to pay their own fees and costs.

    Plaintiffs respectfully request the Court revise the case caption to list Summit County Board of County Commissioners as the sole remaining defendant in this action.

DATED May 1, 2024.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*s/Matthew C. Arentsen*
Matthew C. Arentsen, Bar No. 45021
Justin L. Cohen, Bar No. 44811
Wayne F. Forman, Bar No. 14082
Rosa L. Baum, Bar no. 56652
675 15th Street, Suite 2900
Denver, CO 80202
Telephone: (303) 223-1100
Email: marentsen@bhfs.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, I electronically filed a true and correct copy of the foregoing **NOTICE OF DISMISSAL OF DEFENDANT COMMISSIONERS IN THEIR OFFICIAL CAPACITIES** with the clerk of the court using the CM/ECF system which will send notification of such filing to the following counsel:

| | |
|---|---|
| Geoffrey C. Klingsporn | Geoff.klingsporn@bhgrlaw.com |
| Josh Marks | jam@bhgrlaw.com |
| Jeffrey Huntley | Jeffrey.huntley@summitcountyco.gov |
| Keely Ambrose | keely.ambrose@summitcountyco.gov |

*Counsel for Defendants*

*s/Paulette M. Chesson*
Paulette M. Chesson, Paralegal
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO 80202
303-223-1100

28276115

3